IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 16-mj-8203-DJW ) |
| CLIFFORD CURRIE | ) ) ) |
| Defendant. | ) ) ) |

### CRIMINAL COMPLAINT

I, Special Agent J. C. Bauer, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

On or about September 7, 2016, in the District of Kansas, the defendant,

### CLIFFORD CURRIE,

knowingly assaulted with intent to commit murder, Katie Ann Blanchard, within the special meritime and territorial jurisdiction of the United States, at the Munson Army Health Center, 550 Pope, Fort Leavenworth, Kansas, in violation of Title 18, United States Code, Sections 111(a) and 113(a)(1).

### STATEMENT OF FACTS

I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since 1995. I am currently assigned to the Violent Crimes Squad within the Kansas City Division of the FBI, responsible for conducting Crimes on Government Reservations investigations.

This complaint is based on the following facts, which are known to me as a result of my

personal participation in the investigation, my conversations with law enforcement officers, United States Criminal Investigative Division (CID) involved in the investigation, and from reports prepared by law enforcement officers:

1. On September 7, 2016, at approximately 5:10 pm., the victim; hereafter, referred to as Katie Ann Blanchard. was assaulted at the Munson Army Health Center, 550 Pope, Fort Leavenworth, Kansas.  The suspect, Clifton Currie, assaulted the victim through the use of an unknown flammable accelerant and straight edge razor blade.  Both the suspect and victim were employees of the health center.

2. Special Agent Eric Beltz and Special Agent Doug McKelway interviewed witness, Deanne Michele Kilian., at the University of Kansas medical Center in Kansas City, Kansas. Kilian. stated she was in her office, next to Blanchard's office, and she heard a loud, odd noise sort of like screaming. Kilian went into the hallway and observed Blanchard in her office, on fire from the chest up. Clifford Currie was standing in the office with his back to Kilian.  Kilian smelled a strong odor of gasoline or something similar to it. As Kilian attempted to put the flames out on Blanchard, they ended up in the hallway. Kilian observed Currie standing close to them holding a bladed type weapon in his one hand and a pair of scissors in his other hand. Currie was in Blanchard's face saying something unintelligible.  Blanchard and Kilian fell to the floor during the struggle, and in an attempt to put out the fire on Blanchard. Currie then put his foot on Blanchard's throat and was trying to stab her.  Kilian pulled Currie's foot off of Blanchard, causing him to fall to the floor. Kilian then struggled with Currie to keep him away from Blanchard.  A doctor, Adela Ganacias, attempted to put the flames out on Blanchard.

3. Witness, Adela Ganacias, who is also an employee of the health center, was present on the second floor of the hospital at the time of the incident. Ganacias provided a written statement to a Fort Leavenworth Military Police Investigator. Your affiant reviewed the written statement. Ganacias was working in her office when she heard Kilian yelling help. When Ganacias went into the hallway she encountered the victim, Blanchard, who had fire on her face, head and body. Ganacias attempted to put out the fire and also observed the suspect, Currie, striking Blanchard with his fist. Kilian was attempting to protect Blanchard from Currie. At one point Currie went back to his office and came back with scissors. Currie then struck Blanchard with scissors. A short time later Currie was subdued by hospital personnel.

4. SA Jonathan Spaeth interviewed witness, Robert Burns, who was a military employee of the Health Center. At approximately 5:10 p.m., a code 500 alarm going off indicating there was possibly a fire in the pediatric section of the facility. When Burns went up to the second floor, he observed smoke in the hallway and a strong chemical odor. As he ran down the hallway, Burns noticed three individuals involved in a physical struggle at the end of the hallway. As Burns got closer, he noticed the victim, Blanchard, was lying on the ground and was severely injured. Witness, Kilian, had a blanket and was attempting to cover Blanchard. While Kilian was providing aid to Blanchard, Burns observed the suspect, Currie attempting to get at Blanchard. However, Kilian was attempting to provide aid and blocking Currie from assaulting Blanchard. Another witness, Jeremy Dahlen, responded and physically subdued Currie. While Currie was being subdued, Burns noticed that Currie had a straight edge razor blade in his hand. Burns overheard Blanchard screaming "I told

you this would happen." Burns provided aid to Blanchard. Blanchard was Currie's supervisor at the hospital.

5. SA Jonathan Spaeth interviewed witness, Jeremy Dahlen who was a military employee at the medical center. At approximately 5:10 p.m., Dahlen was inside the hospital on the first floor when he heard the fire alarm activated, and went upstairs to the second floor. When Dahlen arrived on the second floor Dahlen went down the hallway. Dahlen observed smoke and Kilian assisting the Blanchard on the ground. As Dahlen got closer he noticed the victim had suffered substantial burns. The Kilian told Dahlen to restrain Currie, who was standing in the hallway. When Dahlen grabbed Currie, a straight edge razor fell to the ground. Dahlen and another witness, Angel Hernandez moved Currie to a patient room off the main hallway. While Dahlen was holding the suspect in the room, a fireman yelled that this incident was possibly a chemical burn, and Dahlen overheard Currie make the spontaneous statement "Its gasoline, you idiot." Dahlen observed a round circular mark on Currie's hand which he believed was consistent with a burn mark. Dahlen also observed a pair of scissors on the ground of the hallway. According to Dahlen the victim had been Currie's supervisor, and she had requested assistance from other employees when she had to meet directly with Currie.

6. SA Jonathan Spaeth interviewed the witness, Angel Hernandez, who was a military employee at the facility. While working at the facility, Hernandez heard the code 500 Fire Alarm activated and he went to the second floor to help with evacuation. When he arrived Burns told him to call 911. Hernandez went and assisted Burns in the hallway of the second floor. Hernandez noticed Blanchard's face was covered in

blood and Dahlen was physically restraining Currie.  Hernandez assisted restraining and moving Currie to another room.  Hernandez overheard the victim state "it's not ok, he needs to be put in jail."  Hernandez knew Blanchard was Currie's supervisor and Currie was resistant to supervision.  Hernandez knew Blanchard always wanted another employee with her when she counseled Currie.

7. FBI Evidence Response Team responded and collected numerous items from the second floor hallway to include a burnt match, straight edge razor and scissors.  Your affiant observed numerous items on the hallway floor consistent in size and appearance with soot and burnt material.

8. Military Police conducted a search of Currie's person at the time of arrested and located a box of matches in his pockets.  The matches from that box were similar in size and appearance with a match recovered from the crime.

9. At the time of his arrest, Currie made the statement he would to speak with attorney and he needed psychiatric help.

10. Fort Leavenworth is United States Military Installation within the District of Kansas.  Munson Army Health Center is a military facility located on the installation.

The foregoing is true and correct to the best of my information and belief.

*JC Bauer*

J. C. Bauer
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 8th day of September, 2016, at Kansas City, Missouri.

*David J. Waxse*
Honorable David J. Waxse
United States Magistrate Judge