# UNITED STATES DISTRICT COURT
for the
District of Kansas

**FILED**

SEP 0 8 2016

TIMOTHY M. O BRIEN CLERK
By_____Deputy

United States of America
v.

Case No. 16-8203-DJW

CLIFFORD CURRIE  28283-031

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Clifford Currie, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Title 18, United States Code, Sections 111(a) and 113(a)(1) - assaulted with intent to commit murder

Date: 09/08/2016

*David J. Waxse*
*Issuing officer's signature*

City and state: Kansas City, Kansas

Daivd J. Waxse, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/8/2016, and the person was arrested on *(date)* 9/8/2016
at *(city and state)* KANSAS CITY, KANSAS.

Date: 9/8/2016

*Arresting officer's signature*

JC BAUER, SA, FBI, KCD
*Printed name and title*